UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

WILLIE J. HARRIS,

    Plaintiff,

v.

JAMES LECLAIRE, et al.,

    Defendants.

_____/

Case No. 2:16-cv-260

HONORABLE PAUL L. MALONEY

## **JUDGMENT**

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered in favor of Defendants and against Plaintiff.


Dated:  November 13, 2017                            /s/ Paul L. Maloney
                                                              Paul L. Maloney
                                                              United States District Judge